**FILED**

04/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0423

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0423

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CHARLES CLIFFORD HAMLIN,

      Defendant and Appellant.

_____

## ORDER GRANTING EXTENSION OF TIME
_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefor;

IT IS HEREBY ORDERED that Appellant is granted a thirty (30) day extension to file his Opening Brief, which shall be due on **May 15, 2020**.

SIGNED AND DATED AS INDICATED ABOVE.

Order Granting Extension of Time

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2020